Federal Question 1983 Bivens 6(complaint) Class Action

"THE POOR UNFORTUNATE PEOPLE OF THE WORLD" % "INGLORIOUS BASTARD" v "DICTATORSHIP" "BILLIONAIRE" "FAKE NEWS" "CAPITOLIST A.I."

POOR UNFORTUNATE PEOPLE: RUSSIA, UKRAINE, HAMAS, ISREAL, AMERICA
"DICTATORSHIP": TRUMP ADMIN   "BILLIONAIRE": ELON MUSK   "FAKE NEWS": ALL NETWORKS   "CAPITOLIST A.I.":
ACOUSTIC FINGERPRINT AKA ELECTRONIC TORTURE   "INGLORIOUS BASTARD": CRAIG VANNESS

Q: 4th AMEND, INTELECTUAL THEFT, INFLUENCE CONTROL BY ELECTRONIC TORTURE

"MARK" ACOUSTIC FINGERPRINT "BEAST" CAPITOLIST A.I.   "THE WORLD % Craig Vanness v Acoustic Fingerprint

THIS CASE IS TO PROVE NO ONE IS SAFE FROM THE MARK OF THE BEAST THAT RUNS THE WORLD BY CONTROLLING ITS VICTIMS see ("PINKY" v "BRAIN") see "POOR UNFORTUNATE PEOPLE of AMERICA" v "Revolving Door of legal SYSTEM" ("PARALYZED PEOPLE" v "HOLY GRAIL of MEDICINE") See "FATTY'S" & "PILL POPPERS" v CRIMINAL ENTERPRISE.

TRUMP ADMIN IS Government: MIND control without consent
Elon MUSK IS NEUROLINK See FEDERA GUIDLINES ELECTRONIC TORTURE WRITTEN BY AMY Holem NEUROLINK IS NOT A CURE FOR Parclasis its AN ANtenna for Government mind control see "Paralized People" v "HOLY GRAIL of medecine"   "FAKE NEWS" IS LYING TO THE WORLD trump is not making a DEAL, He's not negotiations a cessfire or release Hostages. Its all Government mind control the "matrix" is real its Just wireless ultra low AM Frequencies. THE CIA HAS the world on its Puppet strings So Hitler was killed cause He made meth which is a salt. Salt cleanses the Body of contaniments from sky Just Like Salt Pellets in water softner SYSTEM. THATS WHY THE Government Pushes DRUGS and Sex traffics People from SKY. see "Fatty's & PILL POPPERS" v Criminal Enterprise & see "Poor unfortunate People of the America" v "revoluing Door of legal SYSTEM") see ("PINKY v BRAIN") CHARLES MANSON WAS A PUPPET ON A STRING Just Like "ALL OF THE POOR Unfortunate People of the world"

50,000 Dollars for every one of the Poor unfortunate People 4th amend
50 Billion ~~Some dollars~~ For each country effected to Devided amongst the People For BEING victims OF CRIMINAL ENTERPRISE — no Government gets any money

ADD ALL THE PEOPLE IN THE countries listed to victims list in THE WORLD % VANNESS v Acoustic Fingerprint

FORMA PAUPERIS: 1918 matter of law in FL "You can't hold a Poor man in Greater Jeapordy of Law than richer man"



FILED BY ___ D.C.
MAR 13 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Craig Vonness 180054/05
5501 College rd
Key west FLORIDA
33040

MIAMI FL 330
10 MAR 2025 PM 5 L

Government Center
US District Court
400 N Miami
Miami, Florida 33128

REC'D BY _____ D.C.
MAR 13 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

33128-189166

THIS LETTER IS FROM AN
INMATE/DETAINEE AT THE
MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD, KEY WEST, FL 33040
ALL INCOMING MAIL MUST HAVE THE SENDERS
FULL NAME AND ADDRESS
INMATE/DETAINEES FULL NAME
PACKAGES, CASH, MONEY ORDERS OR PERSONEL
ITEMS. UNAUTHORIZED ITEMS WILL BE RETURNED
TO SENDER